1 McGREGOR W. SCOTT
  United States Attorney
2 VINCENZA RABENN
  KEVIN C. KHASIGIAN
3 Assistant United States Attorneys
  501 I Street, Suite 10-100
4 Sacramento, CA 95814
  Telephone: (916) 554-2700
5 Facsimile: (916) 554-2900

**FILED**

AUG 15 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-MJ-0128 EFB |
|---|---|
| Plaintiff, | [PROPOSED] ORDER TO FILE REDACTED COPY OF ~~INDICTMENT~~ Complaint |
| v. | |
| MANISH PATEL, | |
| Defendants. | |

The government's motion to unseal the above-referenced case, keep the complaint sealed, and file a redacted copy of the sealed complaint is GRANTED.

Dated: August 15, 2019

HON. EDMUND F. BRENNAN
United States Magistrate Judge

MOTION TO FILE REDACTED COPY OF COMPLAINT