| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | VINCENZA RABENN<br>KEVIN KHASIGIAN |
| 3 | Assistant United States Attorney<br>501 I Street, Suite 10-100 |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 554-2700 |
| 5 | Facsimile: (916) 554-2900 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-MJ-00128-EFB |
|---|---|
| Plaintiff, | STIPULATION CONTINUING DETENTION HEARING; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| MANISH PATEL, | DATE: September 6, 2019<br>TIME: 2 p.m.<br>COURT: Hon. Kendall J. Newman |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a detention hearing on September 6, 2019.

2. By this stipulation, defendant now moves to continue the detention hearing until September 17, 2019.

3. The parties agree and stipulate, and request that the Court find the following:

 a) A detention hearing was held by this Court on August 30, 2019. At that hearing, the Court requested that the defendant provide additional information to the Government and Pretrial Services. This Court further ordered the Government to file a summary of the documents provided by the defendant. This Court ordered the Detention Hearing continued to September 6, 2019 at 02:00 PM.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

b) Counsel for defendant desires additional time to provide the requested documents to the government, and requests that the detention hearing be continued to September 17, 2019 at 2 PM, before this Court.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance, however, as a result of the continuance the government is also requesting additional time to file the summary of the documents provided by the defendant. The government requests that the deadline for filing this summary be September 16, 2019 at 12:00 PM.

e) Time has previously been excluded in this case until October 3, 2019.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: September 5, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ VINCENZA RABENN
VINCENZA RABENN
Assistant United States Attorney

Dated: September 5, 2019

/s/ VIKAS BAJAJ
VIKAS BAJAJ
Counsel for Defendant
MANISH PATEL

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 5th day of September, 2019. The Detention Hearing on September 6, 2019, shall be continued to September 17, 2019, at 2:00 P.M. in Courtroom 24 <u>Before Magistrate Judge Kendall J. Newman.</u> The government shall file its brief before September 16, 2019, at 12:00 P.M.

**DATED:** September 5, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE