UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
September 18, 2019
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MANISH PATEL,<br><br>Defendant. | Case No. 2:19-mj-00128-EFB<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release MANISH PATEL

Case No. 2:19-mj-00128-EFB Charges 21 USC § 846, 841(a)(1) from custody for the following reasons:

_____ Release on Personal Recognizance

__X__ Bail Posted in the Sum of $ $330,000

__X__ Unsecured Appearance Bond $ 250,000 co-signed by Minal Patel and Ghanshyam Patel to be replaced by posting of $170,000 secured property bond

__X__ $80,000 in cash to be secured by the funds from the retirement accounts belonging to his mother, Minal Patel and brother-in-law, Ghanshyam Patel

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

__X__ (Other): Defendant to be released on the next working day (9/19/2019) at 9:00 AM after the posting of the

$80,000 cash and unsecured appearance bond (cash and unsecured bond received on 9/18/2019). Pretrial Supervision conditions as stated on the record in open court.

Issued at Sacramento, California on September 18, 2019 at 1:28 PM

*(signature)*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE