**VIKAS BAJAJ**
Law Office of Vikas Bajaj, APC
1230 Columbia Street, Suite 565
San Diego, California 92101
Telephone: (619) 525-7005
Facsimile: (619) 232-0001
vbajaj@bajajlaw.com
California State Bar No: 216464

Attorney for Defendant:
**MANISH PATEL**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> Plaintiff, <br><br> v. <br><br> **MANISH PATEL.** <br><br> Defendant. | **CASE NO.: 19-MJ-0128-EFB** <br><br> **STIPULATION AND ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE** |

IT IS HEREBY STIPULATED by and between the Plaintiff, the United States of America by and through its counsel, Kevin Khasigian, Assistant United States Attorney, and the defendant, MANISH PATEL, by and through his attorney Vikas Bajaj, that the conditions of pretrial release are hereby modified to allow Defendant to travel to New Jersey from November 27, 2019 through December 2, 2019.

During Defendant's travel, he will be staying at 352 Middlesex Avenue, Colonia, New Jersey 07067. Defendant is to have his location monitoring transmitter removed by United States Pretrial Services by 4:00 p.m. on November 26, 2019. While Defendant is traveling in New Jersey, United States Pretrial

1

Services will not monitor Defendant through location monitoring. Upon Defendant's return to the Eastern District of California on December 2, 2019, he will have the location monitoring transmitter reinstalled within the close of business on December 3, 2019. United States Pretrial Services has been made aware of this stipulation.

Date: November 26, 2019          Respectfully Submitted,

*/s/ Vikas Bajaj*
**VIKAS BAJAJ**
Attorney for Defendant
**MANISH PATEL**

*/s/ Kevin Khasigian*
**KEVIN KHASIGIAN**
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: November 26, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE