| | |
|---|---|
| MCGREGOR W. SCOTT<br>United States Attorney<br>KEVIN C. KHASIGIAN<br>VINCENZA RABENN<br>Assistant United States Attorney<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814<br>Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900<br><br>Attorneys for Plaintiff<br>United States of America | |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>      v.<br><br>MANISH PATEL,<br><br>                      Defendants. | CASE NO. 19-MJ-00128<br><br>STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME<br><br>DATE: December 10, 2019<br>TIME: 2:00 p.m.<br>COURT: Hon. Edmund F. Brennan |

      Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorneys VINCENZA RABENN and KEVIN C. KHASIGIAN, and defendant MANISH PATEL, both individually and by and through his counsel of record, VIKAS BAJAJ, hereby stipulate as follows:

      1.     The Complaint in this case was filed on August 14, 2019, and defendant first appeared before a judicial officer of the Court in which the charges in this case were pending on August 15, 2019. A preliminary hearing date in the case is currently scheduled on December 10, 2019.

      2.     By this stipulation, the parties jointly move for an extension of time of the preliminary hearing date to February 25, 2020, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to allow the defense reasonable time for preparation, and for the government's continuing investigation of the case. The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

3. The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between December 10, 2019, and February 25, 2020, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.

Dated: November 29, 2019          McGREGOR W. SCOTT
United States Attorney

/s/ KEVIN C. KHASIGIAN
VINCENZA RABENN
KEVIN KHASIGIAN
Assistant United States Attorney

Dated: November 29, 2019          /s/ Vikas Bajaj
VIKAS BAJAJ
Counsel for Defendant
MANISH PATEL

## [PROPOSED] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 2nd day of December, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE