1   McGREGOR W. SCOTT
    United States Attorney
2   VINCENZA RABENN
    KEVIN KHASIGIAN
3   Assistant United States Attorney
    501 I Street, Suite 10-100
4   Sacramento, CA 95814
    Telephone:  (916) 554-2700
5   Facsimile:  (916) 554-2900

6
    Attorneys for Plaintiff
7   United States of America

8

9                    IN THE UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,              CASE NO.  2:19-MJ-00128-EFB

13                        Plaintiff,       [PROPOSED] FINDINGS AND ORDER
                                           EXTENDING TIME FOR PRELIMINARY
14              v.                         HEARING PURSUANT TO RULE 5.1(d) AND
                                           EXCLUDING TIME
15  MANISH PATEL,

16                        Defendants.      DATE: May 22, 2020
                                           TIME: 2:00 p.m.
17                                         COURT: Hon. Deborah Barnes

18

19          The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing

20  Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on February 14, 2020.

21  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order,

22  demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule

23  5.1(d) of the Federal Rules of Criminal Procedure.

24          Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests

25  of justice served by granting this continuance outweigh the best interests of the public and the defendant

26  in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  The Court further finds that the extension of time would

27  not adversely affect the public interest in the prompt disposition of criminal cases.

28  //

    [PROPOSED] FINDINGS AND ORDER              1

THEREFORE, FOR GOOD CAUSE SHOWN:

1.      The date of the preliminary hearing is extended to June 05, 2020, at 2:00 p.m.

2.      The time between May 22, 2020, and June 05, 2020, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3.      Defendants shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

DATED: May 15, 2020

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE