1  McGREGOR W. SCOTT
   United States Attorney
2  VINCENZA RABENN
   KEVIN KHASIGIAN
3  Assistant United States Attorney
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile: (916) 554-2900

6

7  Attorneys for Plaintiff
   United States of America

8

9  IN THE UNITED STATES DISTRICT COURT

10  EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,                  CASE NO. 19-MJ-00128-EFB

13              Plaintiff,                      FINDINGS AND ORDER EXTENDING TIME FOR
                                                PRELIMINARY HEARING PURSUANT TO RULE
14        v.                                    5.1(d) AND EXCLUDING TIME

15  MANISH PATEL,                               DATE: June 05, 2020
                                                TIME: 2:00 p.m.
16              Defendants.                     COURT: Hon. Edmund F. Brennan

17

18       The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing

19  Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on February 14, 2020.

20  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order,

21  demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule

22  5.1(d) of the Federal Rules of Criminal Procedure.

23       Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests

24  of justice served by granting this continuance outweigh the best interests of the public and the defendant

25  in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would

26  not adversely affect the public interest in the prompt disposition of criminal cases.

27  //

28

FINDINGS AND ORDER                              1

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the preliminary hearing is extended to June 19, 2020, at 2:00 p.m.

2. The time between June 05, 2020, and June 19, 2020, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3. Defendants shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated:  May 26, 2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE